

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Johnny Edwards,            * From the 259th District Court
                                         of Jones County,
                                         Trial Court No. 011064.

Vs. No. 11-23-00224-CR           * July 24, 2025

The State of Texas,                * Memorandum Opinion by Williams, J.
                                         (Panel consists of: Bailey, C.J.,
                                         Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment to change the "Court Costs" from $355 to $290, modify the "Attorney Fees" from "$ TBD" to $0, and modify the district clerk's bill of costs to delete the time payment fee, without prejudice to such a fee being assessed at a later date, and the court-appointed attorney's fees that were assessed against Appellant. As modified, we affirm the judgment of the trial court.